

NUMBER 13-14-00154-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE AMERICAN GENERAL LIFE INSURANCE COMPANY AND
AMERICAN INTERNATIONAL GROUP, INC.

On Petition for Writ of Mandamus.

ORDER

Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam

Relators, American General Life Insurance Company and American International Group, Inc., filed a petition for writ of mandamus in the above cause on March 10, 2014, contending that the trial court erred in refusing to enforce a forum selection clause. This petition for writ of mandamus joins two other original proceedings currently pending in this Court, *In re Agresti*, filed in cause number 13-14-00126-CV and *In re ING America Equities, Inc. and Security Life of Denver Insurance Company*, filed in cause number 13-14-00149-CV. Each of these three original proceedings arise from the same trial court cause number and concern the same or similar issues. This Court has already requested

that the real parties in interest file a response to the petitions for writ of mandamus in cause numbers 13-14-00126-CV and 13-14-00149-CV and such responses are due on or before March 20, 2014.

In this cause, the Court requests that the real parties in interest, Rosario Parra as Trustee of the Raul A. Marquez Trust and Dr. Raul A. Marquez, or any others whose interest would be directly affected by the relief sought, file a response to this petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of March, 2014.